This question is answered by our recent decision in *McCormack* v. *Coddington* (184 N. Y. 467), in which the facts were more favorable to the plaintiff then before the court than the facts of this case are to the plaintiff now before us. We affirm the judgment appealed from on our opinion in that case, with costs.

CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ., concur.

Judgment affirmed.

---

ARTHUR T. DAVERN, Appellant, *v.* WILLIAM B. ROCKWELL, as Receiver of the SYRACUSE, LAKESIDE AND BALDWINSVILLE RAILWAY, Respondent.

*Davern* v. *Rockwell,* 105 App Div. 618, affirmed.
(Argued March 23, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*J. L. Cheney* for appellant.

*T. E. Hancock* and *William S. Farmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT and HAIGHT, JJ. Dissenting: VANN, WILLARD BARTLETT and CHASE, JJ.

---

MARY E. JACKSON, Appellant, *v.* ROBERT W. TAILER, as Executor of PHEBE PEARSALL, Deceased, Respondent.

*Jackson* v. *Tailer,* 93 App. Div. 625. affirmed.
(Submitted March 26, 1906; decided April 17, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

22, 1904, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Charles A. Jackson* and *John Hetherington* for appellant.

*Henry L. Bogert* and *Edward B. Whitney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.

---

PARSONS BROTHERS (INCORPORATED), Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Parsons Brothers (Incorporated)* v. *City of New York,* 107 App. Div. 324, affirmed.

(Argued March 26, 1906; decided April 17, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 3, 1905, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*Conrad Saxe Keyes* for appellant.

*John J. Delany, Corporation Counsel (James D. Bell* and *Patrick E. Callahan* of counsel) for city of New York, respondent.

*James A. C. Johnson* for the Hilton & Dodge Lumber Company et al., respondents.

Order affirmed and judgment absolute ordered against plaintiff on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.